CHARLES J. FLANNIGAN ET AL. *v.* PLANNING AND ZONING BOARD OF THE CITY OF MILFORD

The plaintiffs' petition for certification for appeal from the Appellate Court, 119 Conn. App. 903 (AC 30697), is denied.

*Timothy J. Lee,* in support of the petition.

*Charles K. Campbell, Jr.,* in opposition.

Decided May 5, 2010